JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEALBA,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN R.C. JOHNSON, et al.,<br><br>    Defendants. | NO. CV 20-2366-PA (AGR)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that Judgment is entered for Defendants and this action is dismissed without prejudice for failure to prosecute.

DATED: November 29, 2021

                                            PERCY ANDERSON
                                            UNITED STATES DISTRICT JUDGE